NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THOMAS C. FILIPPONE,                    )
                                        )
          Appellant,                    )
                                        )
v.                                      )        Case No. 2D17-1994
                                        )
G. MICHAEL BACCICH,                     )
                                        )
          Appellee.                     )
_____     )

Opinion filed May 4, 2018.

Appeal from the Circuit Court for
Hillsborough County; William P. Levens,
Judge.

Thomas C. Filippone, pro se.

Norman Cannella, Sr., of Rywant,
Alvarez, Jones, Russo & Guyton,
Tampa; Derick Vollrath of Marcus
Neiman & Rashbaum LLP, Miami; and
Susana D. Gonzalez, Gulfport, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, BLACK, and ATKINSON, JJ., Concur.